IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** : | |
| : | Case No.: 3:20-cv-1181 (VAB) |
| **Plaintiff,** : | |
| v. : | |
| : | |
| **THE INN AT FAIRFIELD BEACH  LLC,** : | |
| **Defendant.** : | |
| : | |
| _____ : | **OCTOBER 27, 2020** |

## NOTICE OF SETTLEMENT

Plaintiff, by and through undersigned counsel, hereby gives notice to the Court that this matter has settled and it is anticipated that a stipulated request for dismissal will be filed within the next thirty (30) days.

Respectfully submitted,

Attorney for Plaintiff:

  /s/ L. Kay Wilson

L. Kay Wilson, Esq.
Fed. Juris: ct16084
WILSON LAW
2842 Main Street, #332
Glastonbury, CT 06033
(860)559-3733 Tele/Text
Wilson@kaywilsonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2020, a copy of the foregoing Notice of Settlement was filed electronically and served on all counsel of record via the Court's CM/ECF system.

/s/ L. Kay Wilson, Fed. Juris ct16084